IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **DYLAN DONALDSON**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-03048-SEM-TSH |
| | ) |
| **MBR MANAGEMENT CORPORATION**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiffs Dylan Donaldson, Benjamin Brislawn, Thomas Ray, Skylar Spray, and Spencer Richey and Defendants MBR Management Corporation, MBR Central ILL Pizza, LLC, and Mark Ratterman (collectively "the Parties") respectfully move the Court to approve their Settlement Agreement. In support this Motion, the Parties state:

1. Plaintiff Dylan Donaldson filed this lawsuit on March 17, 2018, alleging claims under the Fair Labor Standards Act (FLSA), the Illinois Minimum Wage Law, and the Illinois Wage Payment and Collection Act. Plaintiff Donaldson alleged that he and others were denied minimum wage under the FLSA. Plaintiffs Benjamin Brislawn, Thomas Ray, Skylar Spray, and Spencer Richey filed Notices of Consent to Join the FLSA claims.

2. Court approval of the Parties' settlement is necessary to effectuate a valid and enforceable release of the FLSA claims in this case. *See Lynn's Food Stores v. U.S.*, 679 F.2d 1350, 1353-1354 (11th Cir. 1982) (Pursuant to a private enforcement action under § 216(b) of the FLSA, the district court may approve a settlement reached as a result of contested litigation to resolve a bona fide dispute between the parties over FLSA coverage. The court may enter a stipulated judgment "after scrutinizing the settlement for fairness.") (citations omitted).

1

3. This Court's inquiry as to the fairness of any FLSA settlement arising from a private enforcement action is two-staged. First, a court must be satisfied that the settlement was the product of "contested litigation." Second, a court must inquire as to whether the settlement involves a fair and reasonable resolution of a bona fide dispute between the parties over FLSA coverage. Typically, courts rely on the adversary nature of a litigated FLSA case resulting in settlement as an indicia of fairness. *Id.* at 1354. If the proposed settlement reflects a reasonable compromise over contested issues, the court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.*

4. This Court should readily conclude that the Parties' settlement is a reasonable resolution of a bona fide dispute in contested litigation, as there are disputed factual and legal issues concerning, including but not limited to, whether Plaintiffs were paid minimum wage and whether Plaintiffs are entitled to liquidated damages.

5. The Parties believe their settlement is fair, reasonable, and should be approved. The settlement was the product of arms-length negotiations by experienced counsel, and further, has the salutary effect of providing fair relief to Plaintiffs while eliminating the risks both sides would bear if litigation continued to resolution on the merits.

6. The Parties will separately provide the Court with a copy of their Settlement Agreement. Because the Settlement Agreement contains a confidentiality clause, Defendants are contemporaneously filing an Unopposed Motion for Leave to File Document Under Seal, and seek this Court's permission to file under seal a copy of the Settlement Agreement for the Court's review.

WHEREFORE, the Parties respectfully ask the Court grant this Motion; to issue an Order approving the Parties' FLSA settlement as fair, reasonable, and adequate; and to grant any further

relief the Court deems appropriate.


Respectfully submitted,

| | |
|---|---|
| */s/ Andrew Kimble* | */s/ Rodney A. Harrison* |
| Aaron Maduff | OGLETREE, DEAKINS, NASH, |
| MADUFF & MADUFF | SMOAK & STEWART, P.C. |
| 205 N. Michigan Ave., Ste. 2050 | Rodney A. Harrison, #44566 MO |
| Chicago, IL 60601 | 7700 Bonhomme Avenue, Suite 650 |
| | St. Louis, MO 63105 |
| Andrew Kimble | Telephone: 314.802.3935 |
| MARKOVITS, STOCK & DEMARCO LLC | Facsimile: 314.802.3936 |
| 3825 Edwards Road, Ste. 650 | rodney.harrison@ogletreedeakins.com |
| Cincinnati, OH 45209 | |
| | ATTORNEYS FOR DEFENDANTS |
| ATTORNEYS FOR PLAINTIFFS | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Rodney A. Harrison*

38163435.2