IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Dylan Donaldson, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MBR Management Corporation, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:18-cv-03048<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Tom Schanzle-Haskins |

## Stipulation of Dismissal

The parties have executed the settlement agreement and hereby stipulate that this case should be dismissed with prejudice as to Plaintiff Dylan Donaldson and the opt-in Plaintiffs.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew P. Kimble*<br>Andrew P. Kimble<br>BILLER & KIMBLE, LLC<br>3825 Edwards Road, Suite 650<br>Cincinnati, OH 45209<br>4200 Regent Street, Suite 200<br>Columbus, OH 43219<br>Telephone: (513) 202-0710<br>Facsimile: (614) 340-4620<br>*akimble@billerkimble.com*<br><br>www.billerkimble.com | */s/ Rodney Harrison (via email)*<br>Rodney Harrison<br>OGLETREE, DEAKINS, NASH<br>SMOAK & STEWART, P.C.<br>7700 Bonhomme Ave., Ste. 650<br>St. Louis, Missouri 63105<br>Telephone: (314) 802-3935<br>Facsimile: (314) 802-3936<br>*rodney.harrison@ogletree.com* |

/s/ Aaron Maduff
Aaron Maduff
MADUFF & MADUFF
205 N. Michigan Ave., Suite 2050
Chicago, IL 60601

*abmaduff@madufflaw.com*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          *s/Andrew Kimble*
                                          Andrew Kimble